### 17606.  HUTCHINS & MONTGOMERY *v.* EZZARD.

BELL, J. This court can not say as a matter of law that the verdict in this case was unsupported by the evidence, nor that any prejudicial error was committed during the trial. It follows that the judgment refusing a new trial should not be disturbed.

*Judgment affirmed.* *Jenkins, P. J., and Stephens, J., concur.*

DECIDED APRIL 16, 1927.

Complaint; from Gwinnett superior court—Judge Stark. July 14, 1926.

*N. L. Hutchins,* for plaintiffs in error.   *O. A. Nix,* contra.

Appeal and Error, 4 C. J. p. 833, n. 57; p. 834, n. 60; p. 851, n. 53; p. 909, n. 69.